# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HICKS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE TORTA FAMILY LIMITED PARTNERSHIP, a California Limited Partnership; USA LIQUORLAND, INC., a California corporation; and Does 1-10,<br><br>　　　　　Defendants. | Case No.: 5:22-cv-00129-SPG-PVC<br><br>*Hon. Sherilyn Peace Garnett*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 21, 2022<br>Trial Date:　　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Teresa Hicks' action against Defendants The Torta Family Limited Partnership and USA Liquorland, Inc. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: August 18, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE